JAMES BIGLER, Respondent, *v.* EDWIN ATKINS, Appellant.

(Argued December 12, 1889 ; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 9, 1887, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Robert D. Benedict,* for appellant.

*Eugene D. Hawkins,* for respondent.

Agree to affirm on opinion of court below.
All concur.
Judgment affirmed.